**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Glenn Mario THOMAS, Defendant–Appellant.**

**No. 11–11147**

**Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

Nov. 27, 2012.

Steven E. Butler, Daryl Alsabrook Atchison, Kenyen Ray Brown, Donna Barrow Dobbins, U.S. Attorney's Office, Mobile, AL, for Plaintiff–Appellee.

William Gregory Hughes, Attorney at Law, Mobile, AL, for Defendant–Appellant.

Glenn Mario Thomas, Pine Knot, KY, pro se.

Before WILSON, PRYOR and ANDERSON, Circuit Judges.

PER CURIAM:

William Gregory Hughes, appointed counsel for Glenn Mario Thomas in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Thomas's convictions and sentences are **AFFIRMED.**